# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| **JUSTIN WILLIAMS**<br>     *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 1:23-cv-00116 |
| **ZACHRY INDUSTRIAL INC.** and<br>**CHENIERE ENERGY INC.**<br>     *Defendant.* | § § § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Justin Williams, and Defendants, Cheniere Energy, Inc. and Zachry Industrial Inc., file this Joint Stipulation of Dismissal With Prejudice for a dismissal of all causes of action raised or which could have been raised by the parties, against Defendants, Cheniere Energy, Inc. and Zachry Industrial Inc., with prejudice against re-filing the same, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case is not a class action and a receiver has not been appointed.  Additionally, this action is not governed by any statute of the United States that requires an order of the court for dismissal of the case.

Plaintiff and Defendants, Cheniere Energy, Inc. and Zachry Industrial Inc., hereby dismiss, with prejudice, all claims against Defendants, Cheniere Energy, Inc. and Zachry Industrial Inc.  All costs of court and/or attorneys' fees incurred by the parties will be paid by the parties incurring them.

As indicated by their attorneys' signatures below, all parties stipulate to this complete dismissal.

Dated: September 5, 2023

Respectfully Submitted

**CARRIER & ALLISON LAW GROUP, P.C.**

*/s/ Melody Carrier*
Melody Carrier
Texas State Bar No. 00785096

505 Orleans, Suite 505
Beaumont, Texas 77701
Phone: (409) 835-8330
mcarrier@caflawgroup.com

**TB ROBINSON LAW GROUP, PLLC**

*/s/ Terrence B. Robinson*
Terrence B. Robinson
Fed. Bar No. 14218
Texas Bar No. 17112900

7500 San Felipe St., Suite 800
Houston, Texas 7706
Phone: (713) 965-4288
TRobinson@TBRobinsonlaw.com

**ATTORNEYS FOR PLAINTIFF**


**BRACEWELL LLP**

*/s/ Amy Karff Halevy*
Amy Karff Halevy
State Bar No. 11098750
S.D. Texas Bar No. 9103

711 Louisiana, Suite 2300
Houston, Texas 77002-2781
Phone: (713) 221-1329
amy.halevy@bracewell.com

**ATTORNEY FOR DEFENDANT
CHENIERE ENERGY, INC.**

**OGLETREE DEAKINS**

*/s/ Lawrence D. Smith*
Lawrence D. Smith
Texas State Bar No. 18638800
112 East Pecan Street, Suite 2700
San Antonio, TX 78205
Tel.: (210) 277-3620
larry.smith@ogletree.com

**ATTORNEY FOR DEFENDANT
ZACHRY INDUSTRIAL INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 5, 2023, on all counsel of record via the Court's CM/ECF system.

*/s/ Amy Karff Halevy*
Amy Karff Halevy