IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| JUSTIN WILLIAMS, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:23-CV-00116 |
| § | JUDGE MICHAEL J. TRUNCALE |
| ZACHRY INDUSTRIAL INC. AND § | |
| CHENIERE ENERGY INC., § | |
| § | |
| *Defendants.* § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. [Dkt. 13]. The Parties seek a dismissal with prejudice of all causes of action raised or which could have been raised by the Parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with all attorney's fees and costs taxed against the Party incurring same.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

SIGNED this 5th day of September, 2023.

_____
Michael J. Truncale
United States District Judge